IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MELVIN PEREZ,

    Petitioner,

v.                                                                   CASE NO. 1:08-cv-0044-MP-AK

WALTER A. MCNEIL,

    Respondent.
_____/

## O R D E R

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by Melvin Perez. Petitioner has not, however, paid the $5.00 filing fee or filed a motion for leave to proceed *in forma pauperis*. Therefore, consideration of the petition will be deferred until payment is received or IFP is granted.

Accordingly, it is ORDERED:

That the Clerk shall forward to Petitioner an application for leave to proceed *in forma pauperis*;

That Petitioner shall have until **April 30, 2008**, to either file an application for leave to proceed *in forma pauperis* or pay the $5.00 filing fee;

**That failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this  *28th*  day of March, 2008.

                            *s/ A. KORNBLUM*
                            **ALLAN KORNBLUM**
                            **UNITED STATES MAGISTRATE JUDGE**