# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

MELVIN PEREZ,

    Petitioner,

v.                                                                CASE NO. 1:08-cv-00044-MP-GRJ

WALTER A MCNEIL,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 29, Motion for Certificate of Appealability by Melvin Perez and Doc. 30, a Limited Remand Order from the Eleventh Circuit Court of Appeals allowing this Court to address petitioner's motion. For the reasons stated in the orders at Doc. 15, 19 and 28, the Court finds that Petitioner fails to make a substantial showing of the denial of a constitutional right and the issues are not adequate enough to deserve encouragement to proceed further. Accordingly, no certificate of appealability is appropriate in this case.

**ORDERED AND ADJUDGED**:

Doc. 29, a motion for certificate of appealability, is denied.

**DONE AND ORDERED** this _12th_ day of March, 2013

                                                  *s/Maurice M. Paul*
                                            Maurice M. Paul, Senior District Judge